UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-294-RJC-DSC

| | |
|---|---|
| ROY LANE CAMPBELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT ATTAWAY, individually and as )<br>an employee of the City of Lowell, NC, )<br>)<br>and )<br>)<br>JOHN DOES 1 through 49, unknown at )<br>time of filing, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's pro se Motion for Summary Judgment (Doc. No. 9). The motion contains only declarations regarding the procedural posture of this litigation, and it seeks judgment against Defendant Attaway because he had not responded to Plaintiff's Complaint. However, Attaway still had three weeks to answer Plaintiff's complaint when Plaintiff filed this motion. Furthermore, Attaway filed an Answer within the time-frame allowed by the Magistrate Judge. (Doc. No. 11). Therefore, the Court will not enter default.

**IT IS, THEREFORE, ORDERED** that Plaintiff's pro se Motion for Summary Judgment is **DENIED**.

Signed: October 20, 2009

Robert J. Conrad, Jr.
Chief United States District Judge