# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roy Lane Campbell ,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                3:09-cv-294

Scott Attaway,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2010 Order.

Signed: January 6, 2010

Frank G. Johns, Clerk
United States District Court